# EXHIBIT A

IN THE 12ᵀᴴ JUDICIAL DISTRICT OF CHANCERY COURT OF RHEA COUNTY, TENNESSEE

IN THE MATTER OF THE ESTATE OF:                                          NO: 23-PR-3075

DECEASED: GEORGE F. THACKER

Date of Death: December 26, 2022
Administrator *ad litem*: April Thacker Wesolowski

### LETTERS OF LIMITED ADMINISTRATION FOR CAUSE OF ACTION ONLY

Whereas, this Court has appointed the above named as Administrator *ad litem* for a legal cause of action only as directed by law; it is therefore

Ordered that letters of limited administration for a legal cause of action only are hereby issued to the above named Administrator *ad litem*, being now empowered to prosecute, defend, compromise, and settle a legal cause of action.

In witness whereof, I have issued these letters on this 24ᵗʰ day of March, 2023.

BONNIE DOSS, CLERK & MASTER

BY: M. Jordan
     Deputy Clerk

STATE OF TENNESSEE
COUNTY OF RHEA

I solemnly swear that I will honestly and faithfully discharge the duties imposed on us as required by law.

April Thacker Wesolowski
April Thacker Wesolowski, Administrator *ad litem*

Sworn to and subscribed before me this 24ᵗʰ day of March, 2023.

BONNIE DOSS, CLERK & MASTER

BY: M. Jordan
     Deputy Clerk

### CERTIFICATE

I, BONNIE DOSS, CLERK & MASTER of this court, certify: i) this is a court of Record; ii) the above is true, full, and correct copy of the Letters of Limited Administration for Cause of Action Only issued by this court in this estate; iii) these letters are still in full force and effect as of this date; and iv) these letters appear of record in this court. Witness my hand and seal this 24ᵗʰ day of March, 2023.

BONNIE DOSS, CLERK & MASTER

BY: M. Jordan
     Deputy Clerk
     Chancery Court
     7824 Rhea County Hwy, Suite 421
     Dayton, TN 37321



