IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| April Wesolowski, on Behalf Herself and as Administrator ad litem of the Estate of George Thacker | ) C/A No. 6:25-cv-06675-CMC-KFM )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | |

## LOCAL RULE 26.01 DISCLOSURES BY THE UNITED STATES

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.
**Response**: None known of at this time

(B)     As to each claim, state whether it should be tried jury or nonjury and why.
**Response**: There is no right to a trial by jury against the United States in this case, pursuant to 28 USC 2402.

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent of the outstanding shares.
**Response**: No

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).
**Response**: On information and belief, <u>this case is not properly filed in the Aiken Division</u> based on the factual allegations in the Complaint. First, Plaintiff is alleged to be a resident of Tennessee, so the choice to file in South Carolina District Court must be based on where the alleged acts took place. (28 U.S.C. 1391) It seems that the alleged negligence occurred in Edgefield County, which is in the Greenwood Division. Therefore under 28 U.S.C. 121(8), the Greenwood Division is the proper Division.

(E)     Is this action related in whole or in part to any other matter filed in the District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement

of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by difference judges.
**Response**: This case appears to be unrelated to other matters currently filed in this District.

(F)     [Defendants only] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.
**Response**: The United States is the proper defendant. See 28 U.S.C. 2679.

(G)     [Defendants only] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.
**Response**: No such contention is being made.

(H)     *Parties or Intervenors in a Diversity Case*. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).
**Response**: Jurisdiction is not based on diversity.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:     *s/Lee E. Berlinsky*
        Lee E. Berlinsky (ID # 05443)
        Assistant United States Attorney
        District of South Carolina
        151 Meeting Street, Suite 200
August 27, 2025        Charleston, S.C. 29401

2