IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| April Wesolowski, on Behalf of Herself, and as Administrator Ad Litem of the Estate of George Thacker, <br>      Plaintiff, <br><br> v. <br><br> United States of America, <br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 6:25-cv-06675-CMC-KFM <br> ) <br> ) <br> ) |

**LOCAL RULE 26.03 DISCLOSURES BY THE UNITED STATES**

The United States of America provides these discovery responses in accordance with Local Rule 26.03 and the proposed Consent Amended Scheduling Order.

1. **A short statement of the facts of the case.**

This is a Federal Tort Claims Act case arising out of an alleged medical malpractice injury at Federal Correctional Institute (FCI) Edgefield, S.C. As alleged in the Complaint, on December 25-26, 2022, Mr. Thacker presented to medical providers at the satellite prison camp with stomach pain that was misdiagnosed and mistreated, that led to his death on December 26, 2022, from complications related to a perforated duodenal ulcer. This lawsuit is to recover monetary damages for the wrongful death and survival actions.

2. **The names of fact witnesses likely to be called by the party and a brief summary of their expected testimony.**

Apil Wesolowski. Ms. Wesolowski is the Plaintiff in this matter and will testify regarding the facts of the case and the damages alleged in the Complaint.

Olusegun Taiwo is a certified family nurse practitioner that provided medical treatment and care to Plaintiffs' decedent, while he was an inmate at FCI-Edgefield. Olusegun Taiwo will testify regarding the facts of the case and the damages alleged in the Complaint.

Patina Walton-Battle is a certified family nurse practitioner with added qualifications as an advanced practice R.N., and as a doctor of nursing practice that provided medical treatment and care to Plaintiff's decedent, while he was an inmate at FCI-Edgefield.

1

Patina Walton-Battle will testify regarding the facts of the case and the damages alleged in the Complaint.

Richard Velez is an R.N. that provided medical treatment and care to Plaintiffs' decedent, while he was an inmate at FCI-Edgefield. Richard Velez will testify regarding the facts of the case and the damages alleged in the Complaint.

On information and belief, various medical health care providers at Aiken Regional Medical Center may have relevant information to this lawsuit that will be determined through Discovery.

Other witnesses developed through discovery.

   3. **The names and subject matter of expert witnesses (if no witnesses have been identified, the subject matter and field of expertise should be given as to experts likely to be offered).**

The United States has not yet identified any expert witness. This disclosure will be

supplemented according to the Scheduling Order timelines.

   4. **A summary of the claims or defenses with statutory and/or case citations supporting the same.**

This case is brought against the United States of America pursuant to the Federal Tort

Claims Act alleging negligence and loss of consortium. Adequate defenses will be

tendered in this case, as there has been a denial of liability in our Answer.

   5. **Absent special instructions from the assigned judge, proposed dates for the following deadlines listed in Local Civ, Rule 16.02 (D.S.C.):**

   a. **Exchange of Fed. R. Civ. P. 26(a)(2) expert disclosures.**

In accordance with the proposed Amended Scheduling Order that is being filed

simultaneously with these disclosures set out the approximate dates for the exchange of

expert disclosures are as follows:

> Plaintiff: February 23, 2026
> Defendant: April 24, 2026

   b. **Completion of discovery.**
In accordance with the proposed Amended Scheduling Order, discovery will be completed no later than June 23, 2026.

2

**6. Any special circumstances that would affect the time frames applied in preparing the scheduling order.**

The parties have requested a proposed Amended Scheduling Order be entered to better suit the timelines anticipated for this complicated and complex negligence case. There are numerous out of state witnesses, in addition to anticipated experts being retained from out of state to offer opinion testimony that add timeline complications and logistics affecting the Scheduling Order.

**7.    Any additional information requested in the Pre-Scheduling Order or otherwise requested by the assigned Judge.**

None known at this time.

                                                BRYAN P. STIRLING
UNITED STATES ATTORNEY
DISTRICT OF SOUTH CAROLINA

By: _s/Lee E. Berlinsky____
Lee E. Berlinsky (Fed. ID 05443)
Assistant United States Attorney
District of South Carolina-Charleston Office
151 Meeting Street, Suite 200
Charleston, S.C. 29401
(843) 266-1600

September 29, 2025