IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| April Wesolowski, on Behalf of Herself, and as Administrator Ad Litem of the Estate of George Thacker, <br>     Plaintiff, <br><br> v. <br><br> United States of America, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 6:25-cv-06675-CMC-KFM <br> ) <br> ) <br> ) |

## MOTION TO STAY CASE IN LIGHT OF LAPSE IN APPROPRIATIONS

The United States of America hereby moves for a stay of the above-captioned case. In support of this motion, the United States provides the following information:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations).

5.  The undersigned counsel conferred with opposing counsel by email prior to filing this motion. As of this filing, opposing counsel has not responded.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

> BRYAN P. STIRLING
> UNITED STATES ATTORNEY
> DISTRICT OF SOUTH CAROLINA
> By: _s/Lee E. Berlinsky____
> Lee E. Berlinsky (Fed. ID 05443)
> Assistant United States Attorney
> District of South Carolina-Charleston Office
> 151 Meeting Street, Suite 200
> Charleston, S.C. 29401
> (843) 266-1600
> lee.berlinsky@usdoj.gov