# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| April Wesolowski, on Behalf of Herself, and as Administrator Ad Litem of the Estate of George Thacker, | C/A No.: 6:25-cv-06675-CMC-KFM |
| Plaintiff, | |
| v. | |
| United States of America, | |
| Defendant. | |

## MOTION TO LIFT STAY

On October 8, 2025, this Court granted Defendants' motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice and asked the Defendant to provide a status report. (Dkt. No. 16) As of November 12, 2025, funding was restored through January 30, 2026, for the Department of Justice, and the Department resumed its usual civil litigation functions. Pursuant to the Court's order, the deadlines in this case should be extended by forty-three (43) days, the number of days commensurate with the days of the shutdown. Accordingly, Defendant now reports to the Court that the Scheduling Order will be followed by adding forty-three days to the milestone dates.

By email, the undersigned notified Plaintiff's counsel of this Motion and the restoration of appropriations.

[Signature on following page]

|  |  |
|---|---|
|  | BRYAN P. STIRLING<br>UNITED STATES ATTORNEY |
|  |  |
| By: | *s/Lee E. Berlinsky*<br>Lee E. Berlinsky (Fed ID #05443)<br>Assistant United States Attorney<br>151 Meetings Street, Suite 200<br>Charleston, South Carolina 29401<br>Phone: (843) 266-1600 |
| November 13, 2025 | Email:   lee.berlinsky@usdoj.gov |