# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| April Wesolowski, on Behalf of Herself, and as Administrator Ad Litem of the Estate of George Thacker, | ) ) ) ) | C/A No.: 6:25-cv-06675-CMC-KFM  **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| United States of America, | ) ) | |
| Defendant. | ) | |

Pursuant to Local District Court Rule 6.02, the undersigned requests protection from trial or other appearances in this action from **November 25-28, 2025 and December 22-30, 2025** for approved leave from his duties as an Assistant United States Attorney. This protection will not cause any foreseeable delays in the current Scheduling Order milestones.

                                                  Respectfully submitted,

                                                  BRYAN P. STIRLING
                                                  UNITED STATES ATTORNEY

By:    *s/Lee E. Berlinsky*
           Lee E. Berlinsky (#5443)
           Assistant United States Attorney
           151 Meeting Street, Suite 200
           Charleston, South Carolina 29401
           Telephone: (843) 266-1679
           lee.berlinsky@usdoj.gov

November 19, 2025