IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| April Wesolowski, on behalf of herself and as Administrator Ad Litem of the Estate of George Thacker, )<br>)<br>)<br>)<br>    Plaintiffs,    )<br>)<br>v.                                              )<br>)<br>The United States of America,       )<br>)<br>    Defendant.    )<br>_____) | C/A No:  6:25-cv-06675-CMC-KFM<br><br>**JOINT MOTION TO APPOINT MEDIATOR AND STAY PROCEEDINGS PENDING MEDIATION** |

Comes now, Plaintiff and Defendant and jointly move this Honorable Court to appoint the Honorable Mary Gordon Baker, United States Magistrate Judge, to mediate the above-captioned action. This action is a Federal Tort Claims Act case brought against the United States as a result of alleged medical malpractice at the Federal Prison Camp in Edgefield, South Carolina. The decedent has a restitution order, which adds a layer of complication to the mediation process. The parties have conferred and discussed requesting the Honorable Mary Gordon Baker to mediate, given her extensive experience as a mediator and as an Assistant United States Attorney who is not presently assigned to this case. The parties have conferred with Judge Baker, who has agreed to mediate the case, subject to the Court's approval. The parties have targeted the second half of January, 2026, to effectuate this mediation.

In that regard, the parties would further request a brief stay of the schedule to focus costs and efforts towards a potential resolution. This brief stay would only last approximately 45 days. Accordingly, the parties request an Order appointing the Honorable Mary Gordon

Baker, United States Magistrate Judge, mediator in this case and instituting a brief stay pending mediation.

Respectfully submitted, this the 16th day of December, 2025.

**WE SO MOVE:**

**STROM LAW FIRM, LLC**

s/ Mario A. Pacella
Mario A. Pacella (Fed. I.D. No. 7538)
Amy E. Willbanks (Fed. ID. No. 13537)
Bakari T. Sellers (Fed. I.D. No. 11099)
6923 N. Trenholm Rd.
Columbia, SC 29206
Phone: (803) 252-4800
Fax:    (803) 252-4801
mpacella@stromlaw.com
awillbanks@stromlaw.com
Bsellers@stromlaw.com

*Attorneys for Plaintiff*

**WE SO MOVE/CONSENT**

s/Lee E. Berlinsky
Lee E. Berlinsky (Fed. ID 05443)
Assistant United States Attorney
 of South Carolina-Charleston Office
151 Meeting Street, Suite 200
Charleston, SC 29401
843-266-1600
Lee.berlinsky@usdoj.gov

*Attorney for Defendant*

December 16, 2025
Columbia, SC