# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| April Wesolowski *on Behalf Herself and as Administrator ad litem of the Estate of George Thacker*, ) ) ) | C/A No: 6:25-CV-06675-CMC |
| Plaintiff, ) ) | **ORDER OF DISMISSAL** |
| vs. ) ) | |
| United States of America, ) ) | |
| Defendant. ) ) | |

This Court having been advised by counsel for Plaintiff that the above action has been settled between Plaintiff and Defendant United States of America,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice as to Defendant United States of America, and upon good cause shown within sixty (60) days, either party may petition the Court to reopen the action if settlement is not consummated.

    s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

January 22, 2026
Columbia, South Carolina