# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| April Wesolowski, on behalf of herself and as Administrator Ad Litem of the Estate of George Thacker, <br><br> Plaintiffs, <br><br> v. <br><br> The United States of America, <br><br> Defendant. | C/A No: 6:25-cv-06675-CMC-KFM <br><br><br> **PETITION FOR APPROVAL OF SETTLEMENT (SURVIVAL AND WRONGFUL DEATH ACTION)** |

Pursuant to S.C. Code Ann. §§ 15-51-41 and 15-51-42, Petitioner April Wesolowski, on behalf of herself and as Administrator Ad Litem of the Estate of George Thacker, hereby petitions this Honorable Court for an Order Approving a Settlement and would respectfully show before the Court as follows:

1. That she is the duly appointed and qualified Administrator Ad Litem of the Estate of George Thacker (Decedent) pursuant to Order of the Honorable Bonnie Doss, Probate Clerk and Master for Rhea County, Tennessee, case number 23-PR-3075, dated March 24, 2023.

2. That on December 26, 2022, the Decedent suffered death due to complications of a perforated duodenal ulcer and peptic ulcer disease while under the care of the Defendants.

3. That said death occurred while the Defendant was charged with providing medical services and did treat the Decedent prior to his death.

1

4. That there exists among the parties a contest and controversy concerning liability for this death, which is in good faith, but which the parties have agreed to resolve upon terms appearing fair and reasonable in light of all attending circumstances. Defendant denies liability.

5. That, subject to approval by the Court, an agreement has been reached between the parties to settle this matter, which has arisen under the South Carolina Wrongful Death Statute (§15-51-10, *et seq.,* of the 1976 Code, as amended), due to injuries to the Decedent.

6. That Petitioner has agreed to release the Defendant from legal claims against them in exchange for the total amount of $750,000.00.

7. That the settlement funds are to be paid directly from the Defendant.

8. That payment of the sum has been conditioned on the execution of a Release of all related claims against the Defendant.

9. That by virtue of this Release, all claims against the Defendant are resolved.

10. That pursuant to the agreement between the Petitioner and her legal counsel, Strom Law Firm, LLC, counsel will receive twenty-five percent of the wrongful death portion of the recovery in the amount of $580,461.00 in this action/claim pursuant to 28 U.S.C. § 2678. That amounts to $145,115.25. Counsel is filing a separate fee petition setting forth the reasonableness of the fee. Counsel further incurred costs of $7,584.59, to be paid from the wrongful death portion of the settlement.

11. The breakdown of the settlement is allocated $580,461.00 towards the wrongful death action and $169,539.00 towards the survival action.

12. That the Petitioner and her counsel believe the effect of the settlement upon the interest of the person represented by the Petitioner, in her role as Personal Representative of the

Estate, to be just and reasonable; and that Petitioner verily believes that it is for the best interests of the Estate, herself, and the other heirs, survivors, beneficiaries, and/or representatives of the Estate, that the said proposed settlement be consummated.

13. That this Petition is brought pursuant to S.C. Code Ann. § 62-3-715(24), which authorized Petitioner to settle claims for wrongful death on behalf of the Decedent.

14. That the Decedent, George Thacker, died testate, with any remaining assets to pour into a trust, with Petitioner as the trustee That Decedent's statutory beneficiary at law is his daughter, the Petitioner.

WHEREFORE, Petitioner prays that the proposed settlement described herein be approved pursuant to S.C. Code Ann. §§ 15-51-41 and 15-51-42, and that Petitioner be authorized and empowered to execute and deliver such Release and any other documents as may be required to fully effectuate said settlement arising out of the death of Decedent on December 26, 2022. Respectfully submitted this 27th day of January, 2026.

**STROM LAW FIRM, LLC**

s/ Mario A. Pacella
Mario A. Pacella (Fed. I.D. No. 7538)
Amy E. Willbanks (Fed. ID. No. 13537)
Bakari T. Sellers (Fed. I.D. No. 11099)
   6923 N. Trenholm Rd.
Columbia, SC 29206
Phone: (803) 252-4800
Fax:   (803) 252-4801
mpacella@stromlaw.com
awillbanks@stromlaw.com
Bsellers@stromlaw.com
*Attorneys for Plaintiff*

January 27, 2026
Columbia, South Carolina

3

I believe this settlement is fair and reasonable and in the best interests of the estate and the statutory beneficiaries.

_____
April Wesolowski

Prepared and Approved By:

/s/ Mario A. Pacella
Mario A. Pacella, Fed. I.D. No. 7538
Strom Law Firm

# N THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | |
|---|---|
| April Wesolowski, on behalf of herself ) <br> and as Administrator Ad Litem of the ) <br> Estate of George Thacker, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> The United States of America, ) <br> ) <br> Defendant. ) <br> _____) | C/A No: 6:25-cv-06675-CMC-KFM <br><br><br><br><br> **VERIFICATION** |

PERSONALLY APPEARED before me, April Wesolowski, who being duly sworn, deposed and says that she is the Plaintiff/Petitioner herein; that she has read the foregoing Petition, and the matters and things therein stated are true to Plaintiff/Petitioner's own knowledge, except for those matters and things therein stated on information and belief and as to those, she believes them to be true.

*[signature]*
April Wesolowski, individually and as
Guardian Ad Litem for the Estate of George Thacker

Sworn and scribed before me on this day of 01/26/26

Notary Public for Tennessee

*[signature]*

Commission Expires: 10/24/28



5