# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| April Wesolowski, on Behalf of Herself, and as Administrator Ad Litem of the Estate of George Thacker, | ) ) ) ) | C/A No.: 6:25-cv-06675-CMC-KFM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| United States of America, | ) ) | |
| Defendant. | ) | |

## RESPONSE TO MOTION TO APPROVE SETTLEMENT AND ATTORNEY FEES

Defendant has no objection and does not oppose the Petition for approving the settlement of the wrongful death case, and no objection to the motion to approve attorney's fees. Dkt. No. 28. The matter is ripe for its statutory hearing before this Court and if any issues arise during the colloquy, Defendant will address any questions by the Court or Plaintiff.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY
DISTRICT OF SOUTH CAROLINA

By:    *s/Lee E. Berlinsky*
Lee E. Berlinsky (Fed. ID 05443)
Assistant United States Attorney
District of South Carolina-Charleston Office
151 Meeting Street, Suite 200
Charleston, S.C. 29401
(843) 266-1600
lee.berlinsky@usdoj.gov

February 10, 2026