## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | |
|---|---|
| April Wesolowski, on behalf of herself and as Administrator Ad Litem of the Estate of George Thacker, <br><br> Plaintiffs, <br><br> v. <br><br> The United States of America, <br><br> Defendant. | C/A No: 6:25-cv-06675-CMC-KFM <br><br> **ORDER APPROVING SETTLEMENT** |

The matter comes before the court on Petition of Administrator Ad Litem April Weslowski to approve a compromise settlement between Plaintiff and Defendant United States of America, for the wrongful death and survival claims made by Plaintiff, individually and in her capacity as Administrator Ad Litem of the Estate of George Thacker.

Present at the hearing were the Administrator Ad Litem; her attorney, Mario A. Pacella; and Lee Berlinsky, attorney for Defendant United States of America.

Upon review of the Petition of the Administrator Ad Litem and hearing her testimony, the court finds the $750,000.00 settlement is fair and reasonable and is approved. The court further approves allocation of $580,461.00 to the wrongful death claim and $169,539.00 to the survival claim.

The court approves an attorney's fee of 25% percent of the amount allocated to the wrongful death claim, $145,115.25, as fair and reasonable. Finally, the court approves

reimbursement of expenses to the Strom Law Firm in the amount of $7,584.59. The fees and expenses are to be paid from the wrongful death portion of the settlement only.

IT IS THEREFORE ORDERED, that upon payment of the sum of $750,000, Defendant United States of America shall be relieved and forever discharged of any liability or responsibility to the Estate of George Thacker, his beneficiaries, heirs, and personal representatives for any damages sustained as a result of this incident. Petitioner is authorized to consummate the settlement referred to in the Petition, to execute, and deliver to Defendant an appropriate Release ending and barring all claims arising in any way from the incident alleged in the Complaint against Defendant United States of America.

IT IS FURTHER ORDERED that the Administrator Ad Litem is authorized to pay the attorney's fees and costs approved by the court prior to disbursement of remaining settlement funds.

IT IS FURTHER ORDERED that Petitioner shall be responsible for all private, state, and federal liens, including, but not limited to, Medicare, Medicaid, and/or private insurance subrogation liens prior to the disbursement of remaining settlement funds.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that April Wesolowski, as Administrator Ad Litem of the Estate of George Thacker, shall abide by all applicable laws regarding distribution of proceeds of this settlement.

**IT IS SO ORDERED.**

*Cameron McGowan Currie*
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
March 4, 2026